IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE CORNEJO,<br>Defendant. | Case No. 17-cr-00296-CRB-1<br><br>**ORDER CLARIFYING [49] ORAL ORDER FOR PSYCHIATRIC EXAMINATION** |

Prior to the pretrial hearing in this case on Oct. 2, 2017, defense counsel sent a communication to the Court in which he raised concerns about his client's competence to stand trial (see app'x 1). Counsel stated that his client was experiencing a high level of anxiety and "serious panic attacks" that left him "unable to focus on the tasks at hand, including preparing for his own testimony." Id. Counsel added that he was "concerned that if he does not get proper medication, whatever that might be, he will not be competent to proceed to trial." Id. At the pretrial hearing, counsel added: "[T]his is my twenty-first . . . criminal trial in this jurisdiction. I know nerves. And I know something beyond nerves. And this—is in my professional opinion, this is beyond that." Tr. (dkt. 54) 10:8–10:11.

At the hearing, the Court stated that it understood the seriousness of counsel's concern, and that it was construing counsel's communication as a motion to determine the Defendant's competency pursuant to 18 U.S.C.A. § 4241(a). Tr. 6:22–25. The Court ordered counsel to have his client evaluated by a psychiatrist by October 6, 2017, pursuant to § 4241(b). Tr. 6:9–25; 11:11–16; 12:13–18; 13:11–18; see also 18 U.S.C. § 4247(b) ("A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist.").

Since that hearing, defense counsel has represented to the Court that a "mental health expert with a Pharm.D degree" evaluated his client and confirmed his client's current medications were adequate. See app'x 2. Counsel states that in light of this evaluation and his own assessment of his client's condition, he "hope[s] and expect[s] [his client] will be fine to proceed as planned" with trial on October 10, 2017.

In case the Court's order at the Oct. 2 hearing was something less than absolutely pellucid, it now clarifies that it is ordering defense counsel to have his client examined by one or more Medical Doctors with licenses or certifications in psychiatry ("Psychiatrists"). In addition, the Court is ordering defense counsel to produce, by October 5, 2017, one or more Psychiatric Reports prepared by the Psychiatrist(s) who have examined his client, pursuant to 18 U.S.C. § 4247(c).

**IT IS SO ORDERED.**

Dated: Oct. 4, 2017

CHARLES R. BREYER
United States District Judge