IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE CORNEJO,<br><br>Defendant. | Case No. 17-cr-00296-CRB-1<br><br>**ORAL ORDER ON VARIOUS PRE-TRIAL MOTIONS** |

The Court made the following oral rulings at the hearing on October 6, 2017:

**1.** The Court held a hearing to determine Defendant's competency to stand trial pursuant to 18 U.S.C. § 4241 in light of concerns raised by defense counsel (see dkt. 55 app'x 1). The Court ordered a psychological examination (dkt. 55). The examiner concluded that Defendant would be able to understand the charges against him and testify in his own defense. Dkt. 60. Defense counsel stated that this was his assessment, as well. Dkt. 55 app'x 2. For the reasons stated at the hearing, the Court determined that Defendant was competent to stand trial.

**2.** The Court ruled that the Government provided adequate notice of further discovery regarding the Defendant's post-arrest statement to law enforcement (dkt. 58).

3.  For the reasons stated at the hearing, the Court denied Defendant's oral motion to exclude an additional statement produced by the Government for lack of adequate notice under Federal Rule of Criminal Procedure 404(b).

**IT IS SO ORDERED.**

Dated: October 11, 2017



CHARLES R. BREYER
United States District Judge